UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE MOUNTAIN ELECTRIC MEMBERSHIP CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAS CENTER CORPORATION, <br><br> Defendant. | Case No. 4:19MC584 HEA |

# **OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on motion by Fidelity Solutions, Inc., to Quash Plaintiff's Deposition and Documents Subpoenas [Doc. #1] and Plaintiff's motion, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure, to transfer all matters relating to non-party depositions of Fidelity Solutions Inc.'s representatives and subpoena enforcement against Fidelity to the issuing Court in the Northern District of Georgia, Gainesville Division, at case number 2:18-CV-00178-RWS. [Doc. # 4].

Upon review of the record before the Court the Motion to transfer is Denied. The Motion to Quash filed by Fidelity Solutions, Inc. is Granted.

– 1 –

**IT IS HEREBY THE ORDER OF COURT** that the Motion to Transfer [Doc. # 4] is **Denied**.

**IT IS FURTHER ORDERED** the Motion to Quash [Doc. #1] by Fidelity Solutions, Inc., is **Granted**

Dated this <u>11th</u> day of September, 2019.

_____
   HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE