UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE MOUNTAIN ELECTRIC MEMBERSHIP CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:19MC584 HEA ) |
| AMERICAS CENTER CORPORATION, | ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion for clarification/ reconsideration [Doc. No. 10] of the Court's Order quashing Plaintiff's deposition and documents subpoenas [Doc. No. 9]. The motion is unopposed.

In its motion, Plaintiff complains that the Court's Order quashing Plaintiff's subpoenas "did not provide the basis for quashing the subpoena" and asks that the Court give "guidance concerning which specific issues are of concern" with the subpoenas so as to cure future subpoenas. Plaintiff identifies no less than 5 issues that non-party Fidelity Solutions, Inc. raised in their original motion to quash, which was granted by this Court.

The Court declines to provide Plaintiff with "guidance" as to how to cure their future subpoenas. This is not the proper role of the Court. Plaintiff has

identified and acknowledged the possible deficiencies in their subpoenas. Plaintiff can and should use that knowledge to guide its issue of future subpoenas.

**IT IS HEREBY THE ORDER OF COURT** that the Motion for Clarification/ Reconsideration [Doc. # 10] is **Denied**.

Dated this 2ⁿᵈ day of March, 2020.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE